LEO FLATOW, Respondent, v. SLOAN DANENHOWER COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ARTHUR S. BEVES, as Receiver of the AMERICAN BLAUGAS CORPORATION, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer to first cause of action and to answer the amended complaint on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ,

ROGERS PEET COMPANY, Respondent, v. SIDNEY HILLMAN, as President of AMALGAMATED CLOTHING WORKERS OF AMERICA, and Others, Defendants, Impleaded with MARTIN SIGEL and Another, Individually, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve amended answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ROGERS PEET COMPANY, Respondent, v. SIDNEY HILLMAN, as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, and Others, Defendants, Impleaded with ABRAHAM I. SHIPLACOFF and Another, Individually, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve amended answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JANOVICI & Co., INC., Respondent, v. SEABOARD TRADING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, Created by Chapter 503 of the Laws of 1916,* as Amended, Respondents. RUDOLPH P. MILLER, as Superintendent of Buildings of the City of New York, Appellant; PERSHING SQUARE BUILDING CORPORATION, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, Created by Chapter 503 of the Laws of 1916,* as Amended, Respondents. FIFTH AVENUE ASSOCIATION, INC., Appellant; PERSHING SQUARE BUILDING CORPORATION, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, Created by Chapter 503 of the Laws of 1916,* as Amended, Respondents. RUDOLPH P. MILLER, as Superintendent of

* Adding to Greater New York Charter (Laws of 1901, chap. 466), § 718d et seq., and chap. 14-A. Amd. by Laws of 1917, chap. 601.— [REP.